# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2009

Marilyn Kelly,
Chief Justice

136680

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EDITH KYSER,
        Plaintiff-Appellee,

v

SC: 136680
COA: 272516
Leelanau CC: 04-006531-CZ

KASSON TOWNSHIP,
        Defendant-Appellant.

_____/

On order of the Court and on the Court's own motion, we VACATE our order dated March 13, 2009. The application for leave to appeal the May 6, 2008 judgment of the Court of Appeals remains pending.

WEAVER, J., is not participating in this case because she has a past and current business relationship with Kasson Township Supervisor Fred Lanham and his family.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009

_____
Clerk

p0331